1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   GEORGIANA PRESKAR, et al.,

11          Plaintiffs,                    CIV S-07-0874 GEB EFB PS

12          vs.

13   THE UNITED STATES OF
     AMERICA, et al.,                      <u>ORDER</u>
14
            Defendants.
15   _____/

16          This action, in which plaintiffs are proceeding pro se, was referred to the undersigned by

17   Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

18          Plaintiffs have filed a request that the court rule on whether this action may be

19   maintained as a class pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 23.  There

20   are approximately 160 plaintiffs in this action, none of whom are represented by counsel.  Two

21   plaintiffs, Georgiana Preskar and Teri Lawrence, appear to be representing the others in terms of

22   drafting pleadings, filing requests, and accepting service of documents filed by defendants.  All

23   plaintiffs, including Preskar and Lawrence, are admonished that only licensed attorneys admitted

24   to practice before this court may represent parties other than themselves.  Accordingly, each

25   plaintiff herein must represent herself or himself and may not be represented by another plaintiff.

26   ////

1

1    Plaintiffs' request to maintain the present suit as a class action is denied.  All of the

2    plaintiffs in this case have appeared pro se, and cannot therefore represent the interests of a class.

3    *See McShane v. United States*, 366 F.2d 286 (9th Cir. 1966).  The court cannot allow a purported

4    class action to proceed without counsel.  *Chesney v. Seifert*, 70 F.3d 1277 (9th Cir. 1995).  This

5    action, therefore, will not be construed as a class action and instead will be construed as a civil

6    suit brought by plaintiffs individually.  Accordingly, on an ongoing basis, any filing that a

7    plaintiff wishes to join in must be signed by each such plaintiff, or joined by filing a separate

8    notice of joinder.

9    Currently pending before the court are three motions to dismiss calendared for hearing on

10   August 15, 2007, and August 29, 2007.  Plaintiffs' oppositions were filed on July 25, 2007.

11   Having reviewed the record, the court has determined that oral argument would not be of

12   material assistance in determining the pending motions.   Accordingly, upon the filing of

13   plaintiffs' opposition, if any, to the "California Congress" defendant's motion to dismiss and the

14   state and federal defendants' optional reply briefs, or not later than August 22, 2007,the pending

15   motions are submitted pursuant to E.D. Cal. L.R. 78-230(h).

16   Finally, the court notes that on July 25, 2007, plaintiffs Preskar and Lawrence filed a

17   request to amend the complaint "if the court does indeed find plaintiffs' original complaint

18   deficient."  Leave to amend is not required under Fed. R. Civ. P. 15(a), because plaintiffs' have

19   not previously amended their complaint and no responsive pleading has yet been filed.  Plaintiffs

20   seem to understand this as they cite this Rule in their request.  To the extent plaintiffs mean to

21   request that the court grant leave to file an amended complaint in the event the motions to

22   dismiss are granted, the court will address that issue in its findings and recommendations that

23   will be issued as to the pending motions to dismiss.

24   In accordance with the foregoing, IT IS ORDERED that:

25   1.  Plaintiffs' request to proceed as a class in this action is denied;

26   ////

2

1       2.  The hearings calendared for August 15, 2007, and August 29, 2007, on defendants'

2  motions to dismiss are vacated; and,

3       3.  The motions will be submitted without oral argument as specified above.

4  DATED:  July 26, 2007.

                  EDMUND F. BRENNAN
                  UNITED STATES MAGISTRATE JUDGE