IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGIANA PRESKAR, et al.,

    Plaintiffs,                          2:07-cv-0874-GEB-EFB-PS

    vs.

THE UNITED STATES OF AMERICA,      ORDER
THE CONGRESS OF THE UNITED
STATES OF AMERICA, THE U.S.
DEPARTMENT OF EDUCATION,
MARGARET SPELLING, Secretary of
Education, THE STATE OF CALIFORNIA,
THE CONGRESS OF THE STATE OF
CALIFORNIA, THE CALIFORNIA
DEPARTMENT OF PUBLIC EDUCATION,
JACK O'CONNELL, Superintendent of
Public Instruction, THE CALIFORNIA STATE
BOARD OF EDUCATION AS DOE NO. 1, AND
DOES 2 TO 100, inclusive,

    Defendants.
_____/

On February 26, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are

1

reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed February 26, 2008, are ADOPTED;

2. The motions to dismiss filed by the federal defendants, the state legislative defendants, and the state defendants are granted without further leave to amend; and,

3. The Clerk is directed to close this case.

Dated:  March 21, 2008

GARLAND E. BURRELL, JR.
United States District Judge